# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**UNITED STATES OF AMERICA**

**VS.**

**SAMUEL STOREY,**

           **Defendant**

NO. 5: 08-CR-14 (HL)

VIOLATION: Firearms Related

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Ms. Demetria Nicole Williams of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Verda M. Colvin. Based upon the evidence proffered to the court by counsel for the parties and the contents of the Pretrial Services Report from the Middle District of Florida dated May 8, 2008, as well as argument and comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

    ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

    ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office from the Middle District of Florida dated May 8, 2008, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure future appearance of the defendant or the safety of the community were he to be released from custody at this time. Defendant STOREY has primary ties to the Sarasota, Florida area although he does have some relatives living in the Middle District of Georgia. However, the offense charged against him is a serious one for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty. The defendant's estimated guideline sentencing range is 41 months to 51 months in prison.

**Defendant STOREY has a very long history of criminal arrests and convictions going back to 1991. He has several felony convictions and numerous misdemeanor convictions, most of which were in Sarasota, Florida. In addition, he has a conviction for escape and two instances of failure to appear .**

**Mr. STOREY has demonstrated a propensity to involve himself in violations of the law going back to 1991. He has an unbroken string of arrests and convictions from 1991 to the presence. Pretrial detention is thus ORDERED AND DIRECTED.**

### PART III - DIRECTIONS REGARDING DETENTION

**The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant STOREY shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility STOREY deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 3rd day of JUNE, 2008.**



_____
**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**